**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ERIC D. CHRISTALDI,             :   No. 594 MAL 2015

          Petitioner         :

                                :   Petition for Allowance of Appeal from
                                :   the Order of the Commonwealth Court
        v.                   :

                                :

BOARD OF PROBATION AND PAROLE   :
(BOARD), DEPARTMENT OF                :
CORRECTIONS (DEPARTMENT),       :

          Respondents     :


## ORDER


**PER CURIAM**

       **AND NOW**, this 21st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.